**Order entered September 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00559-CV

**ANGELA EVANS, Appellant**

**V.**

**DAVID ARTHUR, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-00536-2014**

## ORDER

By letter dated August 26, 2014, the Court directed appellant to file, no later than August 5, 2014, written verification she had requested preparation of the reporter's record and had paid or made arrangements to pay the reporter's fee. Appellant was cautioned that failure to comply could result in submission of the appeal without the reporter's record. Because to date appellant has not complied, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Within **THIRTY (30) DAYS** of the date of this order, appellant shall file her brief. *We notify appellant that failure to file a brief in this case will result in dismissal for want of prosecution. See* TEX. R. APP. P. 38.8(a)(1).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE